IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCIS RIOS-GOMEZ, individually and as Natural Mother for minors CESIA SANCHEZ-RIOS, ELIAS SANCHEZ-RIOS and JONATHAN SANCHEZ-RIOS, and ANIBAL OTONIEL RIOS-GOMEZ, as Legal Guardian of ABIEL RIOS-MUNOZ, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL ANDERSON and LANDSTAR INWAY, INC. JOHN DOE, and ARMARI TRANSPORTATION, <br><br> Defendants. | No. 3:23-cv-00140 <br><br> JUDGE ELI J. RICHARDSON <br><br> MAGISTRATE JUDGE JEFFREY S. FRENSLEY <br><br> JURY DEMAND |

## JOINT PETITION FOR APPROVAL OF MINOR SETTLEMENT

Pursuant to Tennessee Code Annotated § 29-34-105, Francis Rios-Gomez, as natural mother and guardian on behalf of minors Cesia Sanchez-Rios and Elias Sanchez-Rios, and Anibal Otoneil Rios-Gomez as legal guardian of minor Abiel Rios-Munoz (hereinafter "Minor Plaintiffs"), defendants Paul Anderson and Landstar Inway, Inc., move this Honorable Court for approval of the Minor Plaintiffs claims as follow:

1. Ms. Cecia Sanchez-Rios is a minor (age 15) and lives with her mother and legal guardian Ms. Francis Rios-Gomez in Tennessee.

2. Mr. Elias Sanchez-Rios is a minor (age 13) and lives with his mother and legal guardian Ms. Francis Rios-Gomez in Tennessee.

3. Mr. Abiel Rios-Munoz is a minor (age 12) and lives with his legal guardian Mr. Anibal Otoniel Rios-Gomez in Tennessee.

1

4. Mr. Paul Anderson is a resident of Nebraska. Landstar Inway, Inc., ("Landstar") is a Delaware corporation with a principal office in Florida, John Doe was a driver for Armari Transportation, LLC, ("Armari") a Texas limited liability company.

5. The parties submit to the jurisdiction and venue of this Honorable Court for the Middle District of Tennessee in Nashville, Tennessee for purposes of obtaining approval of the settlement of the Minor Plaintiffs.

6. On or about May 5, 2022, the Minor Plaintiffs were passengers in a vehicle driven by Fracis Rios-Gomez, and was involved in a motor-vehicle accident on Interstate 40 near mile marker 194.90 in Davidson County, Tennessee with Mr. Paul Anderson who was operating a tractor-trailer on behalf of Landstar. John Doe was the driver of the tractor-trailer on behalf of Armari that was parked on the side of the road where the motor-vehicle accident occurred.

7. As a result of this accident, the Minor Plaintiffs suffered injuries.

8. Defendants do not admit liability and/or fault as a result of the incident and the statements herein and payments are extended in an effort to completely and amicably resolve issues in dispute among the parties.

9. Following the incident, Cesia Sanchez-Rios was transported by EMS to the emergency room at Monroe Carell Jr. Children's Hospital at Vanderbilt, where she was treated for abrasions to the face and knees, neck pain, abdominal pain, headaches, and vertigo. The only other treatment she has undergone was multiple visits to Darkhorse Orthopedics for treatment of her injuries as a result of the alleged incident. She is no longer in treatment and has made a full recovery.

10. Following the incident, Elias Sanchez-Rios was transported by EMS to the emergency room at Monroe Carell Jr. Children's Hospital at Vanderbilt, where he was treated for

body contusion to the left elbow and neck pain. The only other treatment he has undergone was multiple visits to Darkhorse Orthopedics for treatment of his injuries as a result of the alleged incident. He is no longer in treatment and has made a full recovery.

11..    Following the incident, Abiel Rios-Munoz was transported by EMS to the emergency room at Monroe Carell Jr. Children's Hospital at Vanderbilt, where he was treated for back abrasions and non-traumatic brain bleed. He is no longer in treatment and has made a full recovery.

12.    Francis Rios-Gomez and Anibal Otoniel Rios-Gomez agree that any liens, including those related to the Minor Plaintiffs' medical treatment, will be satisfied from the settlement proceeds.

13.    The parties would show that they have reached a proposed compromised settlement of all claims that the Minor Plaintiffs may have against Defendants and their liability insurance carrier, Landstar RMCS, as a result of the incident, subject to approval of this Honorable Court, per T.C.A. 29-34-105, for the total sum as follows:

    a.    Fifty Thousand Dollars ($50,000.00) for any and all claims that the minor plaintiff Cesia Sanchez-Rios may have both now and that may arise in the future against these Defendants, arising out of the subject incident.

    b.    One Hundred Fifteen Thousand Dollars ($115,000.00) for any and all claims that the minor plaintiff Elias Sanchez-Rios may have both now and that may arise in the future against these Defendants, arising out of the subject incident.

    c.    One Hundred Twenty-Five Thousand Dollars ($125,000.00) for any and all claims that the minor plaintiff Abiel Rios-Munoz may have both now and

that may arise in the future against these Defendants, arising out of the subject incident.

14. The settlements shall be disbursed from Ponce Law, P.C.'s trust account as follows:

<u>Cesia Sanchez-Rios</u>

| | | | |
|---|---|---|---|
| a. | Ponce Law, P.C. (attorney fee) | | $ 16,666.67 |
| b. | Ponce Law, P.C. (case expenses) | | $ 1,901.37 |
| c. | Injury finance (medical funding company) | | $ 6,000.00 |
| d. | Nashville Fire Dept. EMS (outstanding balance) | | $741.00 |
| e. | Vanderbilt Children's Hospital (outstanding balance) | | $7,500.00 |
| f. | Net Settlement (to be paid to Francis Rios-Gomez) | | $ 17,190.00 |

<u>Elias Sanchez-Rios</u>

| | | | |
|---|---|---|---|
| a. | Ponce Law, P.C. (attorney fee) | | $ 38,333.33 |
| b. | Ponce Law, P.C. (case expenses) | | $ 1,723.03 |
| c. | Injury finance (medical funding company) | | $ 8,548.43 |
| d. | Nashville Fire Dept. EMS (outstanding balance) | | $806.00 |
| e. | Vanderbilt Children's Hospital (outstanding balance) | | $14,244.11 |
| f. | Net Settlement (to be paid to Francis Rios-Gomez) | | $ 51,345.10 |

<u>Abiel Rios-Munoz</u>

| | | | |
|---|---|---|---|
| a. | Ponce Law, P.C. (attorney fee) | | $ 41,666.67 |
| b. | Ponce Law, P.C. (case expenses) | | $ 1,846.73 |
| c. | Injury finance (medical funding company) | | $ 1,529.19 |
| d. | Vanderbilt Children's Hospital (outstanding balance) | | $23,032.07 |
| e. | Net Settlement (to be paid to Anibal Otoneil Rios-Gomez) | | $ 56,925.34 |

15. It is understood by the parties that payments set forth in paragraphs 13 and 14, to the Minor Plaintiffs, Cesia Sanchez-Rios and Elias Sanchez-Rios, through their mother and legal guardian, Frances Rios-Gomez and to Minor Plaintiff Abiel Rios-Munoz, through his legal guardian Anibal Otoniel Rios-Gomez, completely extinguishes, releases, acquits and discharges Defendants from any and all liability and responsibility to the Minor Plaintiffs, as well as any individual(s) on the Minor Plaintiffs' behalf, related to this incident.

16. To the extent that the pleadings filed herein do not comply with the requirements of Tennessee Code Annotated, Title 34, Chapters 1, 2 and 3, the parties respectfully request the Court to waive such requirements pursuant to Tenn. Code Ann. § 34-1-121. The parties request the Court to find that it is in the best interest of the Minor Plaintiffs to waive such requirements as strict compliance would be too costly or place an undue burden on the Minor.

17. It is agreed that pursuant to Tenn. Code Ann. §§ 29-34-105, 34-1-104, and 34-1-121 and any other relevant statutes or case law, the funds recovered for the Minor Plaintiffs, less attorney's fees and expenses and medical expenses paid to Frances Rios-Gomez detailed above totaling $68,535.10 and Anibal Otoneil Rios-Gomez detailed above totaling $56,925.34 shall be paid as set forth in the Order of the Court.

18. The parties have joined in and sought approval of this Honorable Court for the aforementioned compromised settlement, and that Frances Rios-Gomez, as the mother and legal guardian of Minor Plaintiffs Cesia Sanchez-Rios and Elias Sanchez-Rios, and Anibal Otoniel Rios-Gomez, as legal guardian of Abiel Rios-Munoz, believe that the proposed settlement is fair and requests that the Court so find that the settlement is fair and in the Minor Plaintiffs' best interest.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:**

1. That the Court approves the lump-sum settlement as proposed and set out hereinabove and as provided for in the supporting testimony of Frances Rios-Gomez and Anibal Otoniel Rios-Gomez;

2. That upon the payments of the above sums, Defendants jointly be relieved and released from any and all future liability as to the Minor Plaintiffs by reason of aforesaid incident and injury to the Minor Plaintiffs; and

3. That the Parties hereto have such other, further and general relief as the Court may deem proper.

Respectfully submitted,

LEWIS THOMASON

By: */s/ Mary Beth White*
    Mary Beth White, BPR No. 24462
    Emily Slass, BPR No. 39928
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    mbwhite@lewisthomason.com
    eslass@lewisthomason.com

*Attorneys for Defendant Landstar Inway, Inc.*

PONCE LAW, P.C.

By: */s/ Michael Parsley*
    Michael Parsley, BPR No. 023817
    400 Professional Park Drive
    Goodlettsville, TN 37072
    (615) 851-1776
    michaelp@poncelaw.com

*Attorneys for Plaintiffs Francis Rios-Gomez, individually and as natural mother and legal guardian for minors Cesia Sanchez-Rios and Elias Sanchez-Rios, and Anibal Otoniel Rios-Gomez as legal guardian of Abiel Rios-Munoz*

**CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing has been served on the following counsel of record via Email and US Mail:

  Michael Parsley, Esq.
  Ponce Law, P.C.
  400 Professional Park Drive
  Goodlettsville, TN 37072

  Britney K. Pope, Esq.
  LeVan, Sprader, Patton, & Plymire
  109 Westpark Drive, Suite 220
  Brentwood, TN 37207

This the 9th day of January 2024.

                */s/Mary Beth White*