IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCIS RIOS-GOMEZ, individually and as Natural Mother for minors CESIA SANCHEZ-RIOS, ELIAS SANCHEZ-RIOS and JONATHAN SANCHEZ-RIOS, and ANIBAL OTONIEL RIOS-GOMEZ, as Legal Guardian of ABIEL RIOS-MUNOZ, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL ANDERSON and LANDSTAR INWAY, INC. JOHN DOE, and ARMARI TRANSPORTATION, <br><br> Defendants. | No. 3:23-cv-00140 <br><br> JUDGE ELI J. RICHARDSON <br><br> MAGISTRATE JUDGE JEFFREY S. FRENSLEY <br><br> JURY DEMAND |

## ORDER APPROVING MINOR SETTLEMENT

Plaintiff Francis Rios-Gomez, as natural mother and legal guardian on behalf of minors Cesia Sanchez-Rios and Elias Sanchez-Rios, and Anibal Ontoneil Rios-Gomez as legal guardian on behalf of minor Abiel Rios-Munoz (hereinafter "Minor Plaintiffs"), and defendants Paul Anderson and Landstar Inway, Inc.; by and through their respective counsel, represented to the Court that certain matters in controversy between them have been compromised and settled, subject to the approval of the Court, said approval being necessary because Cesia Sanchez-Rios, Elias Sanchez-Rios and Abiel Rios-Munoz are minors. Thereupon, the Court heard the testimony of the mother and legal guardian of Cesia Sanchez-Rios, Elias Sanchez-Rios and the legal guardian of Abiel Rios-Munoz, in reference to the court-approved settlement, as well as representations made by counsel. As such, the Court finds and concludes as follows:

1. Ms. Cecia Sanchez-Rios is a minor (age 15) and lives with her mother and legal guardian Ms. Francis Rios-Gomez in Tennessee.

2. Mr. Elias Sanchez-Rios is a minor (age 13) and lives with his mother and legal guardian Ms. Francis Rios-Gomez in Tennessee.

3. Mr. Abiel Rios-Munoz is a minor (age 12) and lives with his legal guardian Mr. Anibal Otoneil Rios-Gomez in Tennessee.

4. Mr. Paul Anderson is a resident of Nebraska. Landstar Inway, Inc., ("Landstar") is a Delaware corporation with a principal office in Florida.

5. On or about May 5, 2022, the Minor Plaintiffs were passengers in a vehicle driven by Fracis Rios-Gomez and was involved in a motor-vehicle accident on Interstate 40 near mile marker 194.90 in Davidson County, Tennessee with Mr. Paul Anderson who was operating a tractor-trailer on behalf of Landstar. John Doe was the driver of the tractor-trailer on behalf of Armari that was parked on the side of the road where the motor-vehicle accident occurred.

6. As a result of this accident, the Minor Plaintiffs suffered injuries.

7. Defendants do not admit liability and/or fault as a result of the incident and the statements herein and payments are extended in an effort to completely and amicably resolve issues in dispute among the parties.

8. Following the incident, Cesia Sanchez-Rios was transported by EMS to the emergency room at Monroe Carell Jr. Children's Hospital at Vanderbilt, where she was treated for abrasions to the face and knees, neck pain, abdominal pain, headaches, and vertigo. The only other treatment she has undergone was multiple visits to Darkhorse Orthopedics for treatment of her injuries as a result of the alleged incident. She is no longer in treatment and has made a full recovery.

2

Case 3:23-cv-00140   Document 56   Filed 02/21/24   Page 2 of 6 PageID #: 370

9. Following the incident, Elias Sanchez-Rios was transported by EMS to the emergency room at Monroe Carell Jr. Children's Hospital at Vanderbilt, where he was treated for body contusion to the left elbow and neck pain. The only other treatment he has undergone was multiple visits to Darkhorse Orthopedics for treatment of his injuries as a result of the alleged incident. He is no longer in treatment and has made a full recovery.

10. Following the incident, Abiel Rios-Munoz was transported by EMS to the emergency room at Monroe Carell Jr. Children's Hospital at Vanderbilt, where he was treated for back abrasions and non-traumatic brain bleed. He is no longer in treatment and has made a full recovery.

11. Frances Rios-Gomez and Anibal Otoneil Rios-Gomez agree that any liens, including those related to the Minor Plaintiffs' medical treatment, will be satisfied from the settlement proceeds.

12. The parties have reached a proposed compromised settlement of all claims that the Minor Plaintiffs may have against Defendants and their liability insurance carrier, Landstar RMCS, as a result of the incident, for the total sum as follows:

    a. Fifty Thousand Dollars ($50,000.00) for any and all claims that the minor plaintiff Cesia Sanchez-Rios may have both now and that may arise in the future against these Defendants, arising out of the subject incident.

    b. One Hundred Fifteen Thousand Dollars ($115,000.00) for any and all claims that the minor plaintiff Elias Sanchez-Rios may have both now and that may arise in the future against these Defendants, arising out of the subject incident.

c. One Hundred Twenty-Five Thousand Dollars ($125,000.00) for any and all claims that the minor plaintiff Abiel Rios-Munoz may have both now and that may arise in the future against these Defendants, arising out of the subject incident.

13. The settlements shall be disbursed from Ponce Law, P.C.'s trust account as follows:

<u>Cesia Sanchez-Rios</u>

| | | |
|---|---|---|
| a. | Ponce Law, P.C. (attorney fee) | $ 16,666.67 |
| b. | Ponce Law, P.C. (case expenses) | $ 1,901.37 |
| c. | Injury finance (medical funding company) | $ 6,000.00 |
| d. | Nashville Fire Dept. EMS (outstanding balance) | $741.00 |
| e. | Vanderbilt Children's Hospital (outstanding balance) | $7,500.00 |
| f. | Net Settlement (to be paid to Francis Rios-Gomez) | $ 17,190.00 |

<u>Elias Sanchez-Rios</u>

| | | |
|---|---|---|
| a. | Ponce Law, P.C. (attorney fee) | $ 38,333.33 |
| b. | Ponce Law, P.C. (case expenses) | $ 1,723.03 |
| c. | Injury finance (medical funding company) | $ 8,548.43 |
| d. | Nashville Fire Dept. EMS (outstanding balance) | $806.00 |
| e. | Vanderbilt Children's Hospital (outstanding balance) | $14,244.11 |
| f. | Net Settlement (to be paid to Francis Rios-Gomez) | $ 51,345.10 |

<u>Abiel Rios-Munoz</u>

| | | |
|---|---|---|
| a. | Ponce Law, P.C. (attorney fee) | $ 41,666.67 |
| b. | Ponce Law, P.C. (case expenses) | $ 1,846.73 |
| c. | Injury finance (medical funding company) | $ 1,529.19 |

|      |                                                              |             |
|------|--------------------------------------------------------------|-------------|
| d.   | Vanderbilt Children's Hospital (outstanding balance)         | $23,032.07  |
| e.   | Net Settlement (to be paid to Anibal Otoneil Rios-Gomez)     | $ 56,925.34 |

14. The payments set forth in paragraphs 12 and 13, to the Minor Plaintiffs, to Minor Plaintiffs Cesia Sanchez-Rios and Elias Sanchez-Rios, through their mother and legal guardian, Frances Rios-Gomez and to Minor Plaintiff Abiel Rios-Munoz, through his legal guardian Anibal Otoniel Rios-Gomez, completely extinguishes, releases, acquits and discharges Defendants from any and all liability and responsibility to the Minor Plaintiffs, as well as any individual(s) on the Minor Plaintiffs' behalf, related to this incident.

15. Pursuant to Tenn. Code Ann. §§ 29-34-105, 34-1-104, and 34-1-121 and any other relevant statutes or case law, the funds recovered for the Minor Plaintiffs, less attorney's fees and expenses and medical expenses detailed above totaling $68,535.10 shall be paid to Ms. Frances Rios-Gomez, the mother and legal guardian of Cesia Sanchez-Rios and Elias Sanchez-Rios, and $68,535.10 and Anibal Otoneil Rios-Gomez detailed above totaling $56,925.34 shall be paid to Anibal Otoneil Rios-Gomez, the legal guardian of Abiel Rios-Munoz.

16. The parties have joined in and sought approval of this Honorable Court for the aforementioned compromised settlement, and that Frances Rios-Gomez, as the mother and legal guardian of Minor Plaintiffs Cesia Sanchez-Rios and Elias Sanchez-Rios, and Anibal Otoniel Rios-Gomez, as legal guardian of Abiel Rios-Munoz, believe that the proposed settlement is fair and requests that the Court so find that the settlement is fair and in the Minor Plaintiffs' best interest.

17. The Court finds that the parties desire the Minor Plaintiffs' claims to be settled, and the Court, based upon the consideration of all of the foregoing, and the record as a whole, concludes that the settlement is a fair and just settlement, and that the same should be approved.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that all of the foregoing be, and the same hereby is, the Order and Judgment of the Court. To the extent that the provisions of the relief granted herein do not comply with Tenn. Code Ann. Title 34, Chapters 1, 2 and 3, this Court waives those requirements pursuant to Tenn. Code Ann. §§ 34-1-104 and 34-1-121 based on a finding that it is in the best interest of the Minor Plaintiffs to waive such requirements based on the facts and circumstances of this case.

It is further **ORDERED, ADJUDGED and DECREED** that the parties have agreed to forego any claim, demand, right or cause of action that could have been brought by the Minor Plaintiffs arising out of the Incident.

It is further **ORDERED, ADJUDGED and DECREED** that Frances Rios-Gomez and Minor Plaintiffs shall hold Defendants harmless from and agree to indemnify them for any claims for payment or subrogation claims that may be asserted by any healthcare providers of the Minor Plaintiffs or any medical expenses which were incurred by the Minor Plaintiffs as a result of the Accident.

It is further **ORDERED, ADJUDGED and DECREED** that based on the testimony of Frances Rios-Gomez and the representations of counsel, the Court specifically approves the attorney's fees and expenses as outlined above. The Court finds the attorney fees and expenses were reasonable and necessary to the prosecution of this case.

It is further **ORDERED, ADJUDGED and DECREED** that the settlement proceeds shall be distributed from Ponce Law, P.C.'s trust account as outlined in paragraph 13 above.

All the foregoing, be and the same, hereby is the Order and Judgment of this Court. ENTER this 20th day of February, 2024.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE