IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCIS RIOS-GOMEZ, *individually and as natural mother for minors Ariel Rios-Rodriguez, Cesia Sanchez-Rios, Elias Sanchez-Rios, Jonathan Sanchez-Rios, Anibal Otoniel Rios-Gomez, and Abiel Rios-Munoz*, <br><br> Plaintiff, <br><br> v. <br><br> PAUL ANDERSON, et al., <br><br> Defendants. | NO. 3:23-cv-00140 <br> JUDGE RICHARDSON |

## ORDER

On February 20, 2024, the Court held a settlement hearing at which it orally approved the Joint Motion for Settlement (Doc. No. 52, "Settlement Motion") filed by Plaintiffs and Defendants Paul Anderson and Landstar, Inway, Inc. Promptly thereafter, the Court entered the parties' joint proposed written order (Doc. No. 52-1) granting the Settlement Motion. (Doc. No. 53). Via the Report of Mediation (Doc. No. 51) that stated that all issues were resolved[1] and via the representations made by counsel during the settlement hearing that all claims in this case were resolved during the mediation process, the Court has been assured that all claims against *all*

---

[1] The Report of Mediation states that "Defendant's Attorney" and "Defendant's Representatives" were present. The Court takes this to refer to Defendant Landstar Inway, Inc.'s counsel (who also represents Defendant Paul Anderson) and Defendant Landstar Inway, Inc.'s representatives. Plaintiff nevertheless represented to the Court at the settlement hearing that as part of the mediation process, the claims against the other Defendants were "dismissed"—which the Court takes to mean essentially "resolved with an agreement that they be dismissed," inasmuch as no prior "dismissals" were entered by this Court or could have been entered by the mediator.

Defendants (and not just Defendants Paul Anderson and Landstar Inway, Inc.) have been resolved in the mediation and settlement process.

Accordingly, the motion for partial dismissal by Defendant Landstar Inway, Inc. (Doc. No.27) is DENIED as moot. This case is **DISMISSED** with prejudice, and the Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.[2]

The Clerk is DIRECTED amend the caption on the docket to conform with the caption above, which corrects a typographical error in the name of one of the minors.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[2] The Clerk shall amend the caption on the docket to conform with the caption above, which corrects a typographical error.