UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Francis Rios−Gomez
                Plaintiff,

v.                         Case No.: 3:23−cv−00140

Landstar Inway, Inc., et al.
                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/22/2024 re [57].

                                                                             Lynda M. Hill
                                                      s/ Kim Chastain, Deputy Clerk